| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ADAM LAWRENCE RANDOLPH, IV | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Compassionate Release, Motion to Appointment of Counsel.[1] (Doc. No. 58).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: September 13, 2022

Max O. Cogburn Jr
United States District Judge

---

[1] This is Defendant's third motion for compassionate release.